## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HOUSING AUTHORITY OF THE CITY OF )
PITTSBURGH, )
                          )
                    Appellant, )
                          )
v. )
                          )
ANGEL SMITH, )
                          )
                    Appellee. )
                          )

Case No. 14-00976-MBC

### ORDER OF COURT STAYING BRIEFING SCHEDULE AND
### GRANTING RELATED RELIEF

At Pittsburgh, Pennsylvania, this _____2 4 th_____ day of _____july_____, 2014, upon

consideration of the Motion To Stay Briefing Schedule Until Final Resolution Of The Housing

Authority's Request To Certify Appeal Directly To Third Circuit Court Of Appeal And For

Related Relief (the "Motion") filed by the Housing Authority of the City of Pittsburgh (the

"Housing Authority"), the Court hereby ORDERS ADJUDGES and DECREES that the Motion

is **GRANTED** and the briefing schedule set forth in Federal Rule of Bankruptcy Procedure 8009

is stayed until final resolution of the Motion For Certification For Direct Appeal to Court Of

Appeals (the "Certification Motion") filed with this Court pursuant to 28 U.S.§ 158(d)(2)(A)((i)-

(iii) and Federal Rule of Bankruptcy Procedure 8001(f).

IT IS FURTHER ORDERED THAT if and to the extent that this appeal is not certified

for direct appeal to the Third Circuit Court of Appeals, that the Housing Authority shall have

5

twenty-one (21) days from the date of any order finally resolving the Certification Motion to file its opening brief.

IT IS FURTHER ORDERED THAT in the event that the Housing Authority is required to file an appellant brief due to the failure of this appeal to be certified to the Third Circuit Court of Appeals for direct appeal, Angel Smith, the appellee in this matter, shall have 21 days from the date that the Housing Authority files its appellant brief to file her appellee brief.

BY THE COURT:

Honorable Maurice B. Cohill
United States District Court